ACCEPTED
12-14-00332-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 1:57:02 PM
CATHY LUSK
CLERK

No. 12-14-00332-CV

# In the Court of Appeals
# for the Twelfth District of Texas
# At Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/29/2015 1:57:02 PM
CATHY S. LUSK
Clerk

_____

ROBERT C. MORRIS,
*Appellant,*

v.

SHERRI MILLIGAN, ET AL,
*Appellees.*

_____

On Direct Appeal from the 349th Judicial District
Court of Anderon County, Texas
Trial Court Cause No. 349-6270

_____

**APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND
DESIGNATION OF LEAD COUNSEL**

_____


**Motion for extension of time to file brief**

Appellees' counsel moves for 30 days to file Appellees' brief in this matter. The counsel-to-be-noticed on this appeal left the Division before the appeal, and current counsel did not receive a notice of appeal or brief. Additionally, counsel needs to order the record on appeal in order to draft her arguments. Appellees' counsel is also going to be out of the country for the first two weeks in July and has a jury trial upon her return on July 20, 2015. For these reasons Appellees' counsel seeks an extension

1

in order to properly prepare a brief. This motion is not meant to delay or prejudice Appellant. Instead the reassignment of this case caused the Office of the Attorney General's office to miss notifications on this appeal. Appellees' counsel will work diligently to file a brief as soon as the appellate record is received. Thus, Appellees' counsel seeks a 30 day extension—making the brief due on July 29, 2015.

**Designation of Lead Counsel**

The above-styled case had been re-assigned within the Office of the Attorney General of Texas from Patrick N. Brezik to the undersigned counsel. Undersigned counsel respectfully requests the designation for Attorney-in-Charge/Lead Attorney for the above-styled case be changed to her name, as she now has primary responsibility for Appellees in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Veronica L Chidester*
**VERONICA L. CHIDESTER**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24082161
Veronica.Chidester@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2124 / (512) 936-2109 Fax

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

Plaintiff is an inmate, proceeding *pro se*, housed in the Texas Department of Criminal Justice. Undersigned, therefore, was unable to conference with Plaintiff. It is assumed that Plaintiff is opposed to this motion.

## NOTICE OF ELECTRONIC FILING

I, **VERONICA L. CHIDESTER**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND DESIGNATION OF LEAD COUNSEL** in accordance with the Electronic Case Files System of the Twelfth Court of Appeals, on June 29, 2015.

/s/ *Veronica L. Chidester*
**VERONICA L. CHIDESTER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **VERONICA L. CHIDESTER**, Assistant Attorney General of Texas, certify that a true copy of the above **APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND DESIGNATION OF LEAD COUNSEL** has been served by placing it in United States Mail, postage prepaid, on June 29, 2015, addressed to:

**Robert C. Morris, TDCJ No. 1311083**
TDCJ-Smithl Unit
1313 CR 19
Lamesa, Texas 79331
*Plaintiff Pro Se*

/s/ *Veronica L. Chidester*
**VERONICA L. CHIDESTER**
Assistant Attorney General